NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                      Criminal Number  1:07-cr-00075-CKK

## ERICK R. BROWN
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ■ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Brian M. Heberlig     455381
(Attorney & Bar ID Number)

Steptoe & Johnson LLP
(Firm Name)

1330 Connecticut Avenue, NW
(Street Address)

Washington, DC  20036-1795
(City)           (State)           (Zip)

202-429-8134  /  bheberlig@steptoe.com
(Telephone Number)

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2007, copies of the foregoing Notice of Appearance of Reid H. Weingarten, Notice of Appearance of Brian M. Heberlig, and Notice of Appearance of Robert A. Ayers were served via facsimile, upon the following:

William Gould, Esq.
Assistant United States Attorney
225 West Main Street
Charlottesville, VA 22902
Fax: (434) 293-4910

David Shertler, Esq.
Danny Onorato, Esq.
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue NW
North Building - 9th Floor
Washington, D.C. 20004-2601
Fax: (202) 628-4177

_____
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Erick R. Brown