U.S. Department of Justice
U.S. Attorneys

*Booking Order*

# United States District Court
## for the District of Columbia

**FILED**

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

: Case No. 07-0075 (CKK)

:

ERICK R. BROWN :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __29th__ day of __March__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __March 29, 2007__ by __Det. Keith Hoffman__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __N/A__ for "routine processing," and that this be a condition of being released on bond;

4. That ~~if the defendant is not released on bond~~ the United States Marshal shall release the defendant to the custody of ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ for the purpose of "routine processing," and at the conclusion ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ to the custody of the Marshal.

_____ Colleen Kollar-Kotelly _____
Judge ~~(U.S. Magistrate)~~

DEFENSE COUNSEL

DOJ USA-16-1-80