UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CRAIG L. ANDERSON ) <br> ) | Criminal No: 07-117(CKK) |

FILED
JUN - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

That upon consideration of defendant's Unopposed Motion for Permission to Travel Outside of the Washington D.C. area it is hereby

**ORDERED** that the Motion is granted;

**FURTHER ORDERED** that the defendant, Craig L. Anderson, is permitted to travel to Ocean City, Virginia from Thursday, June 7, 2007 to Friday, June 8, 2007 and from Tuesday, June 12, 2007 to Friday, June 15, 2007.

SO ORDERED.

June 7, 2007
DATE

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas, AFP
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

John Griffith
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Pre-Trial Services
Federal District Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001