UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK R. BROWN, and MILAGROS L. MORALES,·<br><br>Defendants. | Crim. No. 07–75 (CKK) |

**ORDER**
(June 7, 2007)

FILED

JUN - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 7th day of June, 2007, hereby

ORDERED that the [9] United States's Motion to Review Representation is GRANTED; it is also

ORDERED that Defendant Milagros L. Morales may continue to be represented by David Schertler and Danny Onorato in this case.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge