UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00075-CKK |
| ) | |
| **ERICK R. BROWN, and** ) | |
| **MILAGROS L. MORALES,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' RESPONSE TO UNITED STATES' STATUS REPORT

On behalf of Defendants Erick R. Brown and Milagros L. Morales ("Defendants"), we hereby submit the following response to the government's Status Report.

In general, Defendants concur with Mr. Gould's summary of the status of our discussions and the outstanding issues. Defendants appreciate that the government has agreed to disclose (1) email communications of three Assistant United States Attorneys who are potential trial witnesses regarding the case against Detectives Brown and Morales, (2) manuals reflecting interviewing techniques of the MPD or the U.S. Attorney's office, and (3) a summary of certain "incidents" of purported misconduct by Detective Brown that the government contends may be relevant if Detective Brown or others testify about his skills as a detective or good character. However, in order for these disclosures to be meaningful, they need to occur well in advance of trial.

Indeed, Detective Brown intends to file a motion to preclude the government from cross-examining him or otherwise introducing evidence in rebuttal about these "incidents." We will seek a prompt ruling on that motion in order to determine whether these are issues Detective

Brown must be prepared to address at trial. Detective Brown cannot file this motion without notice of the "incidents" at issue and the basis for the allegations. Moreover, if the Court is inclined to permit evidence on these "incidents," Detective Brown needs time to prepare a defense and seek to rebut the allegations.

Likewise, Defendants need the other discovery materials now to permit them to be used effectively at trial. Accordingly, Defendants respectfully request that the Court order the government to disclose these materials within ten (10) days of the Status Conference.

Finally, Defendants also note that Defendants' pretrial motions remain outstanding, including the oral motion for disclosure of the memorandum by AUSA Cheatem regarding this case that the government has submitted to the Court on an ex parte basis.

Respectfully submitted,

_____
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Erick R. Brown


David Schertler
Daniel Onorato
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004-2601
(202) 628-4199

Counsel for Milagros L. Morales

Dated: June 20, 2007