NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                       Criminal Number  1:07-cr-0075-CKK

**ERICK R. BROWN**
          (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)


PLEASE PRINT THE FOLLOWING INFORMATION:

Robert A. Ayers    488284
*(Attorney & Bar ID Number)*

STEPTOE & JOHNSON LLP
*(Firm Name)*

1330 CONNECTICUT AVENUE, NW
*(Street Address)*

WASHINGTON, DC  20036
*(City)        (State)        (Zip)*

202-429-6401  /  rayers@steptoe.com
*(Telephone Number)*