UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00075-CKK |
| ) | |
| ERICK R. BROWN, and ) | |
| MILAGROS L. MORALES, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT ERICK R. BROWN'S REQUEST FOR PERMISSION TO TRAVEL TO FLORIDA FOR FAMILY VACATION

Defendant Erick R. Brown, through counsel, hereby respectfully requests this Court grant him permission to travel to Orlando, Florida on June 30, 2007 and return to Washington, D.C. on July 7, 2007, so that he may attend his son's track meet and vacation with his family.

Counsel for the government has represented that it does not oppose Mr. Brown's request.

Respectfully submitted,

Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Robert A. Ayers (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Erick R. Brown

Dated: June 26, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>ERICK R. BROWN, and )<br>MILAGROS L. MORALES, )<br>)<br>Defendants. ) | Crim. No. 1:07-cr-00075-CKK |

**ORDER**

Upon consideration of Defendant Erick R. Brown's Request For Permission To Travel To Florida For Family Vacation, it is HEREBY ORDERED that Defendant's request is GRANTED, and Defendant is permitted to travel to Florida on June 30, 2007 and return to Washington, D.C. on July 7, 2007.

 

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

copies to:

William F. Gould
Assistant United States Attorney
225 West Main Street
Charlottesville, VA  22902

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

- 2 -

David Schertler
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C.  20004-2601