# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: |
| | : | 1:2007-cr-00075-CKK |
| | : | |
| | : | |
| | : | The Honorable Colleen |
| v. | : | Kollar-Kotelly |
| | : | |
| ERICK R. BROWN, and | : | |
| MILAGROS L. MORALES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## UNITED STATES'S MOTION TO SEAL DOCUMENT

The United States, by and through its attorney, the United States Attorney for the Western District of Virginia, hereby moves the Court to seal the letter from the government to defense counsel that is dated July 11, 2007. This letter has been provided to all counsel prior to this writing. Government counsel will hand deliver a copy of this July 11, 2007, letter to the Court on Wednesday July 18, 2007. The government moves for this judicial action because the public disclosure of the information in the letter could potentially harm defendants' right to a fair trial.

WHEREFORE, the government requests that the Court seal this document.

    Respectfully submitted,

    JOHN L. BROWNLEE
    United States Attorney

    s/ William F. Gould
    William F. Gould
    Assistant United States Attorney
    District of Columbia Bar # 428468
    Virginia State Bar # 67002

<u>C E R T I F I C A T E</u>

I certify that a true and correct copy of this government motion to seal and the attached draft Order has been filed through the Court's electronic filing system, which will send a copy to counsel for both defendants, David Schertler and Danny Onorato of Schertler & Onorato, L.L.P., for Milagros Morales, and Reid Weingarten and Brian Heberlig of Steptoe & Johnson, L.L.P., for Erick Brown, on this 17th day of July, 2007.

<u>s/ William F. Gould</u><br>
William F. Gould<br>
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: |
| | : | 1:2007-cr-00075-CKK |
| | : | |
| | : | |
| | : | The Honorable Colleen |
| v. | : | Kollar-Kotelly |
| | : | |
| ERICK R. BROWN, and | : | |
| MILAGROS L. MORALES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Based on the United States's motion to seal filed on July 17, 2007, and representations made by the parties in open court on July 16, 2007, the Court today seals the July 11, 2007, letter from the United States to all counsel in the above-captioned matter.

The government's motion to seal is hereby GRANTED and this documents is ORDERED SEALED by the Court.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge
Dated:

CC:

Reid H. Weingarten, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

David Schertler, Esquire
Danny Onorato, Esquire
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, Ninth Floor
Washington, D.C., 20004-2601

William Gould
U.S. Attorney's Office for the Western District of Virginia
255 West Main Street
Charlottesville, Virginia, 22902