UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NUMBER:** |
| | **:** | **1:2007-cr-00075-CKK** |
| | **:** | |
| | **:** | |
| | **:** | **The Honorable Colleen** |
| **v.** | **:** | **Kollar-Kotelly** |
| | **:** | |
| **ERICK R. BROWN, and** | **:** | **Trial dates:  August 20 through** |
| **MILAGROS L. MORALES,** | **:** | **31, 2007.** |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

## SUPPLEMENTAL BILL OF PARTICULARS

During the Court's July 16, 2007, status hearing in this matter the Court asked that the government supplement the Bill of Particulars regarding Count Eight of the Indictment, which is now Count Nine of the Superseding Indictment.

Regarding the charge set forth in Count Nine of the Superseding Indictment, Defendants provided the following material and untruthful information about their investigation of the Club U matter to the assigned AUSA:  (A) Suspect A was punching Terrance Brown with both hands; (B) the weapon that Jerome Jones used to attack Terrance Brown was a knife-like object, not a box cutter; (C) Jerome Jones was stabbing Terrance Brown, rather than slashing him; and (D) only one person, Jerome Jones, was attacking Terrance Brown.

WHEREFORE, the government offers this Supplemental Bill of Particulars related

to the grand jury's Superseding Indictment.

Respectfully submitted,

JOHN L. BROWNLEE
United States Attorney


s/ William F. Gould_____
William F. Gould
Assistant United States Attorney
District of Columbia Bar # 428468
Virginia State Bar # 67002

C E R T I F I C A T E

I certify that a true and correct copy of this Supplemental Bill of Particulars in this case has been filed through the Court's electronic filing system, which will send a copy to counsel for both defendants, David Schertler and Danny Onorato of Schertler & Onorato, L.L.P., for Milagros Morales, and Reid Weingarten and Brian Heberlig of Steptoe & Johnson, L.L.P., for Erick Brown, on this 19th day of July, 2007.

s/ William F. Gould
William F. Gould
Assistant United States Attorney