

U.S. Department of Justice

United States Attorney
Western District of Virginia

---

John L. Brownlee
United States Attorney

United States Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902
Telephone: 434/293-4283    Fax: 434/293-4910

July 20, 2007

Reid H. Weingarten, Esquire
Brian Heberlig, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C., 20036-1795
Facsimile: (202) 828-3661

David Schertler, Esquire
Danny Onorato, Esquire
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C., 20004-2601
Facsimile:(202) 628-4177

Re: United States v. Erick R. Brown and Milagros L. Morales
    Case No. 1:07-CR-00057-CKK

Dear Counsel,

On July 11, 2007, I sent you a letter that summarized information about other cases investigated by your clients. As of this writing, I have provided you with the reports in my possession on these matters. I may receive more paperwork on some of the specific matters that are summarized in that letter to you, but from speaking with those involved, I do not believe that I will receive anything else about your clients' conduct in those cases. Some of these case jackets are still working their way back from closed files storage, and I will provide you anything that I receive as soon as I get it, but, as noted, I do not believe that such information will relate to the conduct at issue herein. Having provided additional information to Mr. Heberlig after the Court's July 16, 2007, hearing, this evidence may not be an issue in the trial. Once you have decided what type of character and/or conduct evidence you plan to offer, it may be productive for us to speak again in an endeavor to resolve this without litigating the matter. On this I defer to you. During our conversation, Mr. Heberlig asked if an official report, or complaint, was made to MPD regarding any of the incidents summarized in the July 11, 2007, letter. I am attempting to learn the answer to this question and will let you know as soon as I do.

By Federal Express mail yesterday, I sent you the transcript from the District of Columbia Alcoholic Beverage Regulation Administrative Board hearings that related in no small part to the Terrance Brown murder. In addition, I included the photo spread related to the second matter in my July 11, 2007, letter to you.

Please feel free to contact me should you have any questions on this or any other matter.

Very truly yours,

JOHN L. BROWNLEE
United States Attorney

*[signature: Bill Gould]*

William F. Gould
Assistant United States Attorney

cc: Court file.