UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00075-CKK |
| ) | |
| ERICK R. BROWN, and ) | |
| MILAGROS L. MORALES, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT ERICK R. BROWN'S REQUEST FOR PERMISSION TO TRAVEL TO TENNESSEE

Defendant Erick R. Brown, through counsel, hereby respectfully requests this Court grant him permission to travel to Knoxville, Tennessee on July 28, 2007 and return to Washington, D.C. on July 31, 2007 so that he may watch his son compete in the Junior Olympics.

Counsel for the government has represented that it does not oppose Mr. Brown's request.

Respectfully submitted,

/s/ 
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Robert A. Ayers (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Erick R. Brown

Dated: July 23, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                          )<br>        v.                                              )       Crim. No. 1:07-cr-00075-CKK<br>                                                          )<br>ERICK R. BROWN, and                        )<br>MILAGROS L. MORALES,                    )<br>                                                          )<br>                    Defendants.                )<br>                                                          ) | |

## ORDER

Upon consideration of Defendant Erick R. Brown's Request For Permission To Travel To Tennessee, it is HEREBY ORDERED that Defendant's request is GRANTED, and Defendant is permitted to travel to Knoxville, Tennessee on July 28, 2007 and return to Washington, D.C. on July 31, 2007.

_____
Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

copies to:

William F. Gould
Assistant United States Attorney
225 West Main Street
Charlottesville, VA  22902

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

- 2 -

David Schertler
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004-2601