UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>v.  )  Crim. No. 1:07-cr-00075-CKK<br>  )<br>ERICK R. BROWN, and  )<br>MILAGROS L. MORALES,  )<br>  )<br>    Defendants.  )<br>  ) | **FILED**<br>JUL **2 3** 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S DISTRICT COURT |

### ORDER

Upon consideration of Defendant Erick R. Brown's Request For Permission To Travel To Tennessee, it is HEREBY ORDERED that Defendant's request is GRANTED, and Defendant is permitted to travel to Knoxville, Tennessee on July 28, 2007 and return to Washington, D.C. on July 31, 2007.

Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

copies to:

William F. Gould
Assistant United States Attorney
225 West Main Street
Charlottesville, VA  22902

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795



David Schertler
Schertler & Onorato, L.L.P.
601 Pennsylvania Avenue, N.W.
North Building - 9th Floor
Washington, D.C. 20004-2601