IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   Criminal No. 1:07cr00075 |
| v. | : |
| | : |
| ERICK R. BROWN | : |
| MILAGROS L. MORALES | : |

NOTICE OF FILING

    Notice is hereby given that William F. Gould, Assistant United States Attorney, hereby files with the Court the following document and request that said document be part of the Court's record pertaining to the above-captioned case:

1. Letter to counsel dated July 26, 2007.

    Respectfully submitted,

    JOHN L. BROWNLEE.
    United States Attorney


    S/ William F. Gould
    William F. Gould
    Assistant United States Attorney

7/26/07



## U.S. Department of Justice

*United States Attorney*
*Western District of Virginia*

---

*John L. Brownlee*
*United States Attorney*

*United States Courthouse and Federal Building*
*255 West Main Street, Room 130*
*Charlottesville, Virginia 22902*
*Telephone: 434/293-4283    Fax: 434/293-4910*

July 26, 2007

Reid H. Weingarten, Esquire
Brian Heberlig, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C., 20036-1795
Facsimile: (202) 429-3902

David Schertler, Esquire
Danny Onorato, Esquire
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, 9th Floor
Washington, D.C., 20004-2601
Facsimile: (202) 628-4177

Re: <u>United States v. Erick R. Brown and Milagros L. Morales</u>
<u>Case No. 1:07-CR-00075-CKK</u>

Dear Counsel,

On this date by Federal Express mail I am sending you hard copies of the electronic mail messages that may potentially become <u>Jencks</u> material in this matter. What I am providing is broader than what you have requested in your motion, as they relate not only to the assigned AUSA discussed in the Grand Jury's Superseding Indictment, but also include those sent or received by two other potential trial witnesses. You will note that with a number of these e-mail messages more than one potential government witness viewed or sent the same message. This will be apparent from the information documented in the heading blocks of the messages. As this is true, I have not included multiple copies where, for example, all three potential witnesses have viewed the same message.

In addition, as you likely know, an incident regarding Milagros Morales was recently discovered. I am attaching an e-mail message that summarizes this incident and expect to have other paperwork memorializing this event in the near future. If certain character or reputation evidence is presented at trial, I will be asking the Court's permission to question appropriate witnesses about this event.

Please feel free to contact me should you have any questions on these or any other matters.

With every good wish,

JOHN L. BROWNLEE
United States Attorney

William F. Gould
Assistant United States Attorney

cc: Court file, without attachments.