UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00075-CKK |
| ) | |
| ERICK R. BROWN, and ) | |
| MILAGROS L. MORALES, ) | **FILED** |
| ) | |
| Defendants. ) | AUG - 1 2007 |
| ) | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### ORDER

Upon consideration of Defendants Erick R. Brown and Milagros L Morales' Waiver Of Deadline For Arraignment, it is HEREBY ORDERED that Defendants' request is GRANTED, and Defendants will be arraigned on August 14, 2007, prior to the scheduled status conference scheduled on that date.

_____
Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

copies to:

William F. Gould
Assistant United States Attorney
225 West Main Street
Charlottesville, VA 22902

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795