UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: |
| | : | 1:2007-cr-00075-CKK |
| | : | |
| | : | The Honorable Colleen |
| v. | : | Kollar-Kotelly |
| | : | |
| ERICK R. BROWN, and | : | Trial dates: August 20 through |
| MILAGROS L. MORALES, | : | 31, 2007. |
| | : | |
| Defendants. | : | |
| | : | |

## UNITED STATES'S THIRD STATUS REPORT

By notice dated August 1, 2007, the Court offered the parties an opportunity to address the recent decision in United States v. Weathers, 2007 WL 2033216 (D.C. Cir. July 17, 2007). Based on the decision in that case, the government will be seeking a Second Superseding Indictment in this case. I spoke with counsel Brian Heberlig yesterday, August 2, 2007, as well as today, and have informed him of the potential changes in the charging document. Mr. Heberlig informed me that defense counsel would likely not ask for a continuance of the trial dates assuming the changes in the Second Superseding Indictment are as I represented them to him. I expect that the Court will have the new indictment on Wednesday, August 8, 2007. I also expect that the changes will be minor and in line with the implications of the Circuit's Weathers decision.

WHEREFORE, the government offers this report regarding the current status of this matter.

        Respectfully submitted,

        JOHN L. BROWNLEE
        United States Attorney

        s/ William F. Gould_____
        William F. Gould
        Assistant United States Attorney
        District of Columbia Bar # 428468
        Virginia State Bar # 67002

<u>C E R T I F I C A T E</u>

I certify that a true and correct copy of this government status report in this case has been filed through the Court's electronic filing system, which will send a copy to counsel for both defendants, David Schertler and Danny Onorato of Schertler & Onorato, L.L.P., for Milagros Morales, and Reid Weingarten and Brian Heberlig of Steptoe & Johnson, L.L.P., for Erick Brown, on this 3d day of August, 2007.

<u>s/ William F. Gould</u><br>
William F. Gould<br>
Assistant United States Attorney