UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>v.    )<br> )<br>ERICK R. BROWN, and )<br>MILAGROS L. MORALES, )<br> )<br>Defendants. )<br> ) | Crim. No. 1:07-cr-00075-CKK |

## JOINT STATEMENT OF THE CASE

The parties hereby submit this joint statement of the case, to be read by the Court to the jury at the outset of the trial:

The Defendants, Erick Brown and Milagros Morales, are two homicide detectives with the Violent Crimes Branch of the Metropolitan Police Department. In February 2005, Detectives Brown and Morales were investigating a murder that occurred at Club U, a nightclub in the District of Columbia. During the investigation, Detectives Brown and Morales interviewed several witnesses and identified a suspect named Jerome Jones. Detectives Brown and Morales drafted an arrest warrant charging Mr. Jones with murder one while armed. The Assistant United States Attorney (the "AUSA") to whom they presented the warrant for approval declined to approve the warrant and asked to speak with certain witnesses. The government alleges that Detectives Brown and Morales caused three witnesses, Witness A, Witness B, and Witness C, to change their testimony and make false statements to the AUSA, and that the detectives themselves made false statements to the AUSA, in order to obtain approval of the arrest warrant for Jerome Jones. Detectives Brown and Morales contend that they did their jobs

- 2 -

in good faith and did not cause any witnesses to make, and did not themselves make, any false statements to the AUSA.

Count One of the Indictment alleges that Detectives Brown and Morales willfully conspired to injure, oppress, threaten, and intimidate Jerome Jones in his free exercise of the right and privilege, under the Fourth Amendment of the U.S. Constitution, to be free from unreasonable seizure by persons acting under color of law.  Count Two alleges that Detectives Brown and Morales conspired to corruptly obstruct or impede or endeavor to obstruct or impede the due administration of justice in the investigation into the murder of Terrance Brown, by causing Witness A, Witness B and Witness C to alter their testimony and provide certain untruthful information about the Club U matter, and by themselves failing to disclose that they were causing Witnesses A, B, and C to provide untruthful information and arguing that the AUSA should sign the warrant for Jerome Jones based on the same untruthful information. Counts Three, Four, Five and Six allege that Detectives Brown and Morales corruptly obstructed or impeded or endeavored to obstruct or impede the due administration of justice in the investigation into the murder of Terrance Brown by engaging in the conduct at issue in Count Two.  Counts Seven and Eight allege that Detectives Brown and Morales knowingly and willfully caused to be made materially false statements within the jurisdiction of the executive branch of the United States, by causing Witness A and Witness B, respectively, to provide material and untruthful information about the Club U matter.  Count Nine alleges that Detectives Brown and Morales knowingly and willfully made a materially false statement within the jurisdiction of the executive branch of the United States, by themselves providing material and

untruthful information about the Club U matter.  Detectives Brown and Morales deny all charges and have pleaded not guilty.

                        Respectfully submitted,

                        _____
                        Reid H. Weingarten (D.C. Bar #365893)
                        Brian M. Heberlig (D.C. Bar #455381)
                        Robert A. Ayers (D.C. Bar #488284)
                        Steptoe & Johnson LLP
                        1330 Connecticut Avenue, N.W.
                        Washington, D.C.  20036-1795
                        (202) 429-3000

                        Counsel for Erick R. Brown


                        David Schertler
                        Danny Onorato
                        Schertler & Onorato, LLP
                        601 Pennsylvania Avenue, N.W.
                        North Building - 9th Floor
                        Washington, D.C.  20004-2601
                        (202) 628-4199

                        Counsel for Milagros L. Morales

                        William F. Gould
                        U.S. Attorney's Office for the
                        Western District of Virginia
                        225 West Main Street
                        Charlottesville, VA  22902
                        (434) 293-4283

                        Counsel for the United States

Dated:  August 6, 2007