UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: |
| | : | 1:2007-cr-00075-CKK |
| | : | |
| | : | The Honorable Colleen |
| v. | : | Kollar-Kotelly |
| | : | |
| ERICK R. BROWN, and | : | |
| MILAGROS L. MORALES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## UNITED STATES'S MOTION TO DISMISS COUNT ONE

The United States, by and through its attorney, the United States Attorney for the Western District of Virginia, hereby respectfully moves the Court to dismiss Count One, Conspiracy Against Civil Rights, of the Second Superseding Indictment, without prejudice. A proposed Order is attached for the Court's convenience.

Respectfully submitted,

JOHN L. BROWNLEE
United States Attorney

_____

William F. Gould
Assistant United States Attorney
District of Columbia Bar # 428468
Virginia State Bar # 67002

## C E R T I F I C A T E

I certify that a true and correct copy of this government motion to dismiss has been filed through the Court's electronic filing system, which will send a copy to counsel for both defendants, David Schertler and Danny Onorato of Schertler & Onorato, L.L.P., for Milagros Morales, and Reid Weingarten and Brian Heberlig of Steptoe & Johnson, L.L.P., for Erick Brown, on this 13th day of August, 2007.

                                                                                                      _____
William F. Gould
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NUMBER:** |
| | : | **1:2007-cr-00075-CKK** |
| | : | |
| | : | |
| | : | **The Honorable Colleen** |
| **v.** | : | **Kollar-Kotelly** |
| | : | |
| **ERICK R. BROWN, and** | : | |
| **MILAGROS L. MORALES,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

Based on the United States's August 13, 2007, motion to dismiss Count One of the Second Superseding Indictment in the above-captioned matter, the Court dismisses Count One without prejudice.

The government's motion to dismiss Count One is hereby GRANTED and Count One is dismissed without prejudice.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge
Dated:

CC:

Reid H. Weingarten, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

David Schertler, Esquire
Danny Onorato, Esquire
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building, Ninth Floor
Washington, D.C., 20004-2601

William Gould
U.S. Attorney's Office for the Western District of Virginia
255 West Main Street
Charlottesville, Virginia, 22902