IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Case No. 07-075 |
| ERICK R. BROWN, and MILAGROS L. MORALES, | ) ) ) ) | Judge Colleen Kollar-Kotelly |
| Defendants. | ) ) | |

**DEFENDANTS' SUPPLEMENT TO THEIR MOTION IN LIMINE TO USE
STATEMENTS OF THE DEPARTMENT OF JUSTICE
AS STATEMENTS OF A PARTY-OPPONENT**

Defendants, Milagros L. Morales and Erick R. Brown, through undersigned counsel, previously moved this Court, *in limine*, to permit them to use certain factual assertions made by the Department of Justice as statements of a party-opponent. The Court heard oral argument on these motions on August 14, 2007. In response to the oral argument, the Defendants file this supplemental pleading to identify specifically each statement of the United States that the Defendants propose to introduce as a "statement of a party-opponent."

As the Court now knows, in connection with the criminal prosecution of Mr. Jones, the Department of Justice[1] filed two pleadings in which it addressed the conduct of Detectives Brown and Morales. First, the Department of Justice, filed a motion entitled: "***Government's in Limine Motion to Preclude Mention of Conduct of Detectives Millagros [sic] Morales and Erick Brown***." Second, the Department of Justice filed ***"Government's Opposition to Defendant's Motion to Dismiss Indictment.***"

---

[1] Throughout this motion, we will use the term Department of Justice to refer to the Government or more specifically, the United States Department of Justice, which was responsible for the prosecution of Jerome Jones in the District of Columbia Superior Court as well as the present prosecution of Detectives Brown and Morales.

## THE SPECIFIC FACTUAL ALLEGATIONS THAT DEFENDANTS SEEK TO ADMIT AS STATEMENTS OF A PARTY-OPPONENT

A.  **STATEMENTS FROM GOVERNMENT'S IN LIMINE MOTION TO PRECLUDE MENTION OF CONDUCT OF DETECTIVES MILLAGROS [SIC] MORALES AND ERICK BROWN.**

First, taken from the "*Government's in Limine Motion to Preclude Mention of Conduct of Detectives Millagros [sic] Morales and Erick Brown,*" the defense would seek to introduce the following statement:

1. *Indeed, each of the witnesses stated that they did not think anything was wrong when the detectives asked them to change their testimony.*
(The Government's Motion at p. 8, n. 6.)

B.  **STATEMENTS FROM GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS INDICTMENT.**

Second, taken from the *"Government's Opposition to Defendant's Motion to Dismiss Indictment,"* the defense would seek to introduce the following statements:

1. *On or about February 13, 2005, at approximately 2:45 a.m., the defendant, Jerome Jones, got into a fight at the Club U nightclub formerly located in the Reeves building at 14th and U Streets, NW, Washington, D.C. After arguing with the decedent in this case, Terrance Brown, on the dance floor, he stabbed him multiple times with a short-bladed instrument described by witnesses as a box cutter.*
(Government's Opposition at 1.)

2. *On February 14, 2005, the detectives interviewed W-3 on videotape and it described what it saw of the fight. It knew the defendant as Jerome. . . It was approximately 6-7 feet from the defendant when he pulled out a knife and began throwing punches at the decedent with it. . . . W-3 positively identified the defendant as the person who stabbed the decedent.*
(Government's Opposition at 3.)

III.    **CONCLUSION**

2

For the reasons previously argued to the Court, we ask this Court to rule *in limine* that the Defendants may introduce into evidence the specific statements set forth above as statements of a party-opponent.

Respectfully submitted,

MILAGROS L. MORALES

By her attorneys,

    /s/
David Schertler
Danny Onorato
SCHERTLER & ONORATO, LLP
601 Pennsylvania Avenue, N.W.
Suite 900 – NORTH Building
Washington, D.C. 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

ERICK R. BROWN

By his attorneys,

    /s/
Brian Heberlig
Reid H. Weingarten
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-8134
Facsimile: (202) 429-3902

Dated: August 15, 2007