UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 1:07-cr-00075-CKK |
| ) | |
| ERICK R. BROWN, and ) | |
| MILAGROS L. MORALES, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT ERICK R. BROWN'S WAIVER OF
### RIGHT TO BE PRESENT AT BENCH CONFERENCES

Defendant Erick R. Brown, through counsel, hereby waives his right to be present at bench conferences during voir dire and trial in above referenced matter. Mr. Brown has discussed this matter with counsel waives this right knowingly and voluntarily.

Respectfully submitted,

_____
Reid H. Weingarten (D.C. Bar #365893)
Brian M. Heberlig (D.C. Bar #455381)
Robert A. Ayers (D.C. Bar #488284)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Counsel for Erick R. Brown

Dated: August 16, 2007