UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK R. BROWN, and MILAGROS L. MORALES,<br><br>Defendants. | Crim. No. 07–75 (CKK) |

**ORDER**
(July 9, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 9th day of July, 2007, hereby

ORDERED that [13] Defendants' Motion to Dismiss Counts Two Through Five for Failure to Allege Cognizable Conspiracies to Violate 18 U.S.C. § 1512(c)(2) is GRANTED; it is also

ORDERED that [14] Defendants' Motion to Dismiss Counts Two Through Five of the Indictment for Unconstitutional Multiplicity is GRANTED in the alternative; it is also

ORDERED that [11] Defendants' Motion to Dismiss Counts Two Through Five for Failure to State an Offense Under 18 U.S.C. §§ 371 and 1512(c) is DENIED AS MOOT; it is also

ORDERED that [12] Defendants' Motion to Dismiss Counts Two Through Five of the Indictment for Failure to Allege an Essential Element is DENIED AS MOOT; it is also

ORDERED that [10] Defendants' Motion to Dismiss Counts One Through Eight of the Indictment for Lack of Specificity is DENIED as to the remaining Counts One, Six, Seven, and

Eight; it is also

      ORDERED that Counts Two, Three, Four, and Five of the Indictment shall be DISMISSED; it is also

      ORDERED that Trial shall go forward on remaining Counts One, Six, Seven, and Eight.

      SO ORDERED.

                                              /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge