UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ERICK R. BROWN, and MILAGROS L. MORALES,

Defendants.

Crim. No. 07–75 (CKK)

**FILED**

SEP 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(September 10, 2007)

For ease of consideration by the jury and by agreement of all Parties, the Counts set forth in the Second Superseding Indictment were renumbered after the original Count One of the Second Superseding Indictment was dismissed by the Court at the request of the Government. This resulted in Count Two of the Second Superseding Indictment being renumbered as Count One as considered by the jury, Count Three of the Second Superseding Indictment being renumbered as Count Two as considered by the jury, and so forth for each successive Count of the Second Superseding Indictment. In sum, Counts Two through Nine of the original Second Superseding Indictment became Counts One through Eight as considered by the jury.

The verdict as stated by the jury on the renumbered Counts is set forth in the attached transcript of the reading of the verdict by the Court.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

```
 1                    P R O C E E D I N G S
 2              THE COURT:  Good afternoon, everyone.
 3              THE DEPUTY CLERK:  Criminal case 07-075, the
 4   United States of America versus Erick Brown and Milagros
 5   Morales.  Counsel, please identify yourselves for the record.
 6              MR. GOULD:  Good afternoon, Your Honor.  Bill Gould
 7   for the United States.
 8              MR. WEINGARTEN:  Reid Weingarten and Brian Heberlig
 9   for Erick Brown.
10              MR. SCHERTLER:  David Schertler for Detective Morales.
11              THE COURT:  Okay.  Let me just put on the record, we
12   just got notes that asked for a second copy of jury
13   instructions, they took a 15-minute break at 11:00, and they did
14   want to watch the Lyvonne Lawson tape at 11:20.  So they were
15   brought into the courtroom; nobody was here.  And we do have a
16   verdict.  They are anxious to come out and tell us what the
17   verdict is.
18         (Jury in at 5:00 p.m.)
19              THE COURT:  Good afternoon, members of the jury.
20      We received a note indicating that you've reached a
21   unanimous verdict.  If the foreperson would please rise.
22         (The foreperson complies.)
23         And you're jury seat No. 3.  Has the jury reached a
24   unanimous verdict as to Erick Brown?
25              JURY FOREPERSON:  We have.
```

Attachment

Bryan A. Wayne, RPR, CRR
Official Court Reporter

3

```
 1              THE COURT:  And as to Milagros Morales?
 2              JURY FOREPERSON:  We have.
 3              THE COURT:  Then let me go through the verdict form
 4    for Erick Brown.  I'll ask a question, I'll look up, and if you
 5    would indicate the verdict.
 6         The first question is how to you find the defendant Erick
 7    Brown as to the Count 1 of the indictment, conspiracy to
 8    obstruct justice: guilty or not guilty?
 9              JURY FOREPERSON:  Not guilty.
10              THE COURT:  Okay.  Question 2.  How do you find the
11    defendant Erick Brown as to Count 2 of the indictment,
12    obstruction of justice: guilty/not guilty?
13              JURY FOREPERSON:  Not guilty.
14              THE COURT:  Question 3.  How do you find the defendant
15    Erick Brown as to Count 3 of the indictment, obstruction of
16    justice: guilty/not guilty?
17              JURY FOREPERSON:  Not guilty.
18              THE COURT:  Question 4.  How do you find the defendant
19    Erick Brown as to Count 4 of the indictment, obstruction of
20    justice: guilty or not guilty?
21              JURY FOREPERSON:  Not guilty.
22              THE COURT:  Question 5.  How do you find the defendant
23    Erick Brown as to Count 5 of the indictment, obstruction of
24    justice: guilty or not guilty?
25              JURY FOREPERSON:  Not guilty.
```

4

1  THE COURT: And how do you find the defendant Erick
2  Brown as to Count 6 of the indictment, false statements:
3  guilty/not guilty?
4  JURY FOREPERSON: Not guilty.
5  THE COURT: Question 7. How do you find the defendant
6  Erick Brown as to Count 7 of the indictment, false statements:
7  guilty/not guilty?
8  JURY FOREPERSON: Not guilty.
9  THE COURT: Question 8. How do you find the defendant
10  Erick Brown as to Count 8 of the indictment, false statements:
11  guilty/not guilty?
12  JURY FOREPERSON: Not guilty.
13  THE COURT: As to Milagros Morales, how do you find
14  the defendant Milagros Morales as to Count 1 of the indictment,
15  conspiracy to obstruct justice: guilty/not guilty?
16  JURY FOREPERSON: Not guilty.
17  THE COURT: Question 2. How do you find the defendant
18  Milagros Morales as to Count 2 of the indictment, obstruction of
19  justice: guilty/not guilty?
20  JURY FOREPERSON: Not guilty.
21  THE COURT: Question 3. How do you find the defendant
22  Milagros Morales as to Count 3 of the indictment, obstruction of
23  justice: guilty/not guilty?
24  JURY FOREPERSON: Not guilty.
25  THE COURT: Question 4. How do you find the defendant

```
 1    Milagros Morales as to Count 4 of the indictment, obstruction of
 2    justice: guilty/not guilty?
 3              JURY FOREPERSON:  Not guilty.
 4              THE COURT:  Count 5.  How do you find the defendant
 5    Milagros Morales as to Count 5 of the indictment, obstruction of
 6    justice: guilty/not guilty?
 7              JURY FOREPERSON:  Not guilty.
 8              THE COURT:  Question 6.  How do you find the defendant
 9    Milagros Morales as to Count 6 of the indictment, false
10    statements: guilty/not guilty?
11              JURY FOREPERSON:  Not guilty.
12              THE COURT:  Question 7.  How do you find the defendant
13    Milagros Morales as to Count 7 of the indictment, false
14    statements: guilty/not guilty?
15              JURY FOREPERSON:  Not guilty.
16              THE COURT:  Question 8.  How do you find the defendant
17    Milagros Morales as to Count 8 of the indictment, false
18    statements: guilty/not guilty?
19              JURY FOREPERSON:  Not guilty.
20              THE COURT:  Anything further from counsel?
21              MR. GOULD:  Not from the government, Your Honor.
22              MR. WEINGARTEN:  No, Your Honor.
23
24
25
```