UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff(s) ) | CR |
| ) | ~~Civil No.~~ 07-075 (CKK) |
| ) | |
| v. ) | |
| ) | |
| ERICK R. BROWN, and ) | FILED |
| MILAGROS L. MORALES, ) | |
| ) | SEP 7 2007 |
| Defendant(s) ) | |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_____
Mary L. Vogt for
William Gould, AUSA

_____
Brian Heberlig, Reid Weingarten, Robert Ayers, Counsel for Defendant Erick R. Brown

_____
Danny Onorato, David Schertler, John Aldock, Counsel for Defendant Milagros L. Morales

_____
Date