AO 245A (AO Rev 12/03 - DC Rev 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

01-ERICK R. BROWN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 07-075-01

**FILED**

SEP 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Colleen Kollar-Kotelly        U.S. District Judge
Name of Judge                 Title of Judge

Sep 20, 2007
Date